ᶜᵒᵖʸ

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED

2024 JUL 22 PM 2: 31

DISTRICT COURT
MIDDLE DISTRICT OF TN

MARYLAND E. LYONS

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

DM EXPRESS, et al ZEPHYR EXPEDITING STARLINE TRANSPORT

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **3 - 24 - 884**

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name MARYLAND E. LYONS
Street Address 253 MOUNTAIN High DR.
City and County ANTIOCH, TN 37013
State and Zip Code DAVIDSON
Telephone Number 615-496-9662
E-mail Address MARYLANDLYONS@YAHOO.COM

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Case 3:24-cv-00884    Document 1    Filed 07/22/24    Page 1 of 5 PageID #: 1

Defendant No. 1

Name — DM MTI/EXPRESS

Job or Title (if known) — TRUBKING COMPANY

Street Address — 4210 RIDGE WAY

City and County — GARY INDIANA

State and Zip Code — 1520 BLAINE ST. GARY, IN. 46406

Telephone Number — 413-886-9309  413-299-5310

E-mail Address (if known) — dmexpressllc2018@gmail.com

Defendant No. 2

Name — STARLINE TRANSPORT

Job or Title (if known) — RON PAVOLICH OPERATION MANAGER

Street Address — 1138 W. 9TH ST. SUITE #200

City and County —

State and Zip Code — CLEVELAND, OH. 44113

Telephone Number — 877-485-9603  440-833-7943

E-mail Address (if known) — ap@STARLINETRANSPORT.COM
INFO@STARLINETRANSPORT.COM

Defendant No. 3

Name — STARLINE TRANSPORT

Job or Title (if known) — 13500 PEARL RD.

Street Address — SUITE #139 BOX 320

City and County — STRONGEVILLE, OH. 44136  DOT #4024351

State and Zip Code —

Telephone Number —

E-mail Address (if known) —

Defendant No. 4

Name — ZEPHYR EXPEDITING

Job or Title (if known) — TRUCK TRANSPORTATION

Street Address — 8403 SOUTHPARK CIR.

City and County — ORLANDO.

State and Zip Code — FL, 32819  DOT #3141225

Telephone Number — 407-457-4927

E-mail Address (if known) —

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. BREACH OF CONTRACT OF PROMISSORY eSPOTTEL WRONGFUL CONSUMER FRAUD AND Deceptive BUSINESS TERMINATION PRACTICES, Cripe V. Leiter, 184 Ill. 2d 185 FAILURE TO PAY 190-91, 703 N.E. 2d 100, 103 (1998 FOR SERVICE THE NATURE AND OBJECTIVE OF THE STATUTE TAX 1099 FAILURE ARE INDISPUTABLY THE PROTECTION OF PUBLIC INTEREST,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

PEOPLE ex rel. HARTIGAN V. LANN 225 Ill. App. 3d 236. 241. 587 N.E. 2d 521, 524 (1992

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* MARYLAND E. LYONS , is a citizen of the State of *(name)* TENNESSEE .

b. If the plaintiff is a corporation

The plaintiff, *(name)* HighWAY HUSTLER , is incorporated under the laws of the State of *(name)* TENNESSEE ,

and has its principal place of business in the State of *(name)*

TENNESSEE .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* DM EXPRESS , is a citizen of the State of *(name)* INDIANA . Or is a citizen of

*(foreign nation)*

b. If the defendant is a corporation

The defendant, *(name)* DM EXPRESS, et a el , is incorporated under

the laws of the State of *(name)* MTI, INDIANA , and has its

principal place of business in the State of *(name)* DM EXPRESS/MTI .

Or is incorporated under the laws of *(foreign nation)* 4210 RIDGE RD, GARY, IN. 4641

and has its principal place of business in *(name)* #520 BLAINE ST. GARY, IN. 46406

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

UNDER PROVISION EEOC FAIR WAGE ACT DOT HOS 395.02 USC § 203 ACT OF 1938 29 UNPAID WAGES FLSA

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DM EXPRESS/MTI I CONTRACT ON WITH AS AN INDEPENDANT DRIVER OWNER OPERATOR C.M.V. ALL 48 STATES UNDER THEIR MC/DOT NUMBER FOR ABOUT 7 WEEKS THEY FAILED TO PAY FOR SERVICE, WRONGFUL TERMINATION FAILED TO PROVIDE FEDERAL TAX DOCUMENTS IFTA FUEL EMPOLYMENT 7-10-23 — 9-29-23

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

MY BUSINESS HAS EXPERIENCED FINANCIAL HARDSHIP DUE TO NON PAYMENTS AND WRONGFUL TERMINATION. WRONGFUL TERMINATION HAS CAUSED DAMAGE TO MY EMPLOYMEN PORTFOLIO. IN THE TRANSPORTATION INDUSTRY YOU LIMITED IN HIRING TO 3 JOBS IN 12 MONTHS. I HAD TO BORROW $10,000. TO MAINTAIN MY BUSINESS. I STRUGGLED 4 MONTHS OF UNEMPLOYMENT I CLAIM $100,000, AS PUNITIVE AND EXEMPLARY

Case 3:24-cv-00884 Document 1 Filed 07/22/24 Page 4 of 5 PageID #: 4

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Case No. **3-24-884**

*(to be filled in by the Clerk's Office)*

MARYLAND E, LYONS
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

DM EXPRESS, et al ZEPHYR EXPEDITING STARLINE TRANSPORT
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — MARYLAND E, LYONS

Street Address — 253 MOUNTAINHIGH DR.

City and County — ANTIOCH, TN 37013

State and Zip Code — DAVIDSON

Telephone Number — 615-496-9662

E-mail Address — MARYLANDLYONS@YAHOO,COM

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.